NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Fax: (213) 894-7819
    Email: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH KETNER,<br><br>    Defendant. | **No. 8:20-CV-1999**<br><br>**[SACR 05-00036-JVS]**<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE CLL FIRM, LLC**<br>**[28 U.S.C. § 3205(b)]**<br><br>**AND**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR**<br>**[28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order Issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in *United States v. Kenneth Ketner*, SACR 05-00036-JVS. In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On July 11, 2007, the Court entered an order imposing the following criminal judgment debt against defendant-judgment debtor Kenneth Ketner:

- Restitution: $9,274,246.00
- Special assessment: $200.00

Kenneth Ketner's Social Security Number is XXX-XX-5329, and he resides in Long Beach, California. As of October 15, 2020, Kenneth Ketner's criminal debt balance is $9,102,347.47. Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Garnishee CLL Firm, LLC is believed to owe or will owe, money or property to Defendant, or is in possession of property of Defendant, and Defendant has a substantial nonexempt interest in the property. Specifically, it is believed that CLL Firm, LLC pays nonexempt disposable earnings to Kenneth Ketner. By and through this Writ of Garnishment, the United States seeks to garnish 25% of Kenneth Ketner's disposable earnings for each pay period that CLL Firm, LLC owe or will owe, money or property to Kenneth Ketner. 28 U.S.C. § 3205 (b)(1)(C); *see also* 15 U.S.C. § 1673. Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Kenneth Ketner's gross earnings. 15 U.S.C. §1672(b). The name and address of Garnishee or the Garnishee's authorized agent is:

> **CLL Firm, LLC**
> **C/O DG Service Corp.**
> **80 E. Rio Salado Pkwy., Ste. 401**
> **Tempe, Arizona 85281**

Dated: October 15, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section

  /s/ *Louisa O. Kirakosian*
LOUISA O. KIRAKOSIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America