NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER (CBN 302083)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-8341
    Fax: (213) 894-7819
    Email: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH KETNER,<br><br>    Defendant. | **No. 8:20-CV-1999**<br><br>**[SACR 05-00036-JVS]**<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>**[CLL FIRM, LLC]**<br><br>**[28 U.S.C. § 3205(c)(1)]** |

TO GARNISHEE CLL FIRM, LLC:

The United States has filed an application for a Writ of Continuing Garnishment against the nonexempt disposable earnings of defendant/judgment debtor Kenneth Ketner, in the possession and control of Garnishee CLL Firm, LLC. This Writ of Continuing Garnishment is an enforcement action by the United States against Kenneth Ketner in connection with the criminal judgment debt entered in *United States v. Kenneth Ketner*, SACR 05-00036-JVS, by the United States District Court for the Central District of California.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against the funds, assets, and/or property of defendant/judgment debtor Kenneth Ketner as to CLL Firm, LLC.

(2) On July 11, 2007, the United States District Court for the Central District of California imposed as follows:
- Restitution: $9,274,246.00
- Special assessment: $200.00

(3) The balance of this criminal judgment debt is $9,102,347.47, calculated through October 15, 2020.

(4) The name and address of Garnishee or the Garnishee's authorized agent is:

> **CLL Firm, LLC**
> **C/O DG Service Corp.**
> **80 E. Rio Salado Pkwy., Ste. 401**
> **Tempe, Arizona 85281**

(5) The address for plaintiff United States of America is:

> Office of the United States Attorney, Financial Litigation Section
> Suite 7516AA-Federal Building, 300 N. Los Angeles Street
> Los Angeles, California 90012

(6) Defendant/judgment debtor's Social Security Number is: XXX-XX-5329. His last known address is: Kenneth Ketner, Long Beach, California.

(7) Counsel for plaintiff United States of America is:

Louisa O. Kirakosian**,** Assistant United States Attorney
Ste. 7516AA-Federal Building, 300 N. Los Angeles Street
Los Angeles, California 90012

Pending further and final order from the Court, CLL Firm, LLC is ordered to withhold and retain 25% of Kenneth Ketner's disposable earnings, beginning immediately until further order from the Court. 28 U.S.C. §3205(c)(2)(F); see also 15 U.S.C. §1673. Disposable earnings are calculated after deducting applicable federal, state, and local taxes from Kenneth Ketner's gross earnings in each pay period. 15 U.S.C. §1672(b).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A) Whether the Garnishee has custody, control or possession of any property of Defendant;

(B) What is a description of the property and the value thereof;

(C) Whether the Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D) Whether the Garnishee anticipates owing any debt to Defendant in the future.

GARNISHEE SHALL file the original answer to this writ within ten (10) days of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012. Additionally, Garnishee is required to serve a copy of the answer on Defendant Kenneth Ketner, and also on the attorney for plaintiff United States of America: Louisa O. Kirakosian, Assistant United States Attorney, Financial Litigation Section, Suite 7516AA, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND

FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED:_____

                                       CLERK, UNITED STATES DISTRICT COURT
                                       By: DEPUTY CLERK